# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRENDAN ROSS CHEESEBROUGH, <br><br> Plaintiff, <br><br> v. <br><br> SANDY CITY POLICE DEP'T et al., <br><br> Defendants. | **DISMISSAL ORDER & MEMORANDUM DECISION** <br><br> Case No. 2:13-CV-187 TS <br><br> District Judge Ted Stewart |

Plaintiff, inmate Brendan Ross Cheesebrough, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated July 16, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

Instead of doing so, on August 12, 2013, Plaintiff moved the Court to grant him a time extension in which to file his amended complaint. That was over forty days ago, plenty of time in which to submit the amended complaint. Plaintiff has yet to file anything new.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED.**

DATED this 23rd day of September, 2013.

BY THE COURT:

_____
CHIEF JUDGE TED STEWART
United States District Court